IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA



FILED

SEP - 3 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 7 Proceedings |
| Mary Lynne Galdun ) | |
| Debtor (s). ) | Case No. 2:09-bk-13508-RTB |
| Mortgage Electronic Registration Systems, ) Inc., as nominee for CITIMORTGAGE, ) INC. ) | **(RANDOLPH J. HAINES)** |
| Movant, ) vs. ) | |
| Mary Lynne Galdun, Debtor; and Roger W. ) Brown, Trustee, ) | ORDER OF RECUSAL (CITIMORTGAGE, INC.) |
| Respondent (s). ) | |

Before the court is the Motion For Relief From the Automatic Stay filed by CITIMORTGAGE, INC. It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

DATED this 3 day of September, 2009.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge

09/04/2009

Copy of the foregoing
mailed this __3__ day of
September, 2009 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Mary Lynne Galdun
2302 West McNair Street
Chandler, Arizona 85224

Diane L. Drain
1702 West Camelback Road, #264
Phoenix, Arizona 85015

Roger W. Brown
P.O. Box 32967
Phoenix, Arizona 85064-2967

by _____
Judicial Assistant

09/04/2009